IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TAMRA PALMER, as conservator of ANDREW J. MILONIS; GABRIELLE E. MILONIS; and GABRIELLE E. MILONIS as the parent of T.M., A.M. and P.M., the minor children of Gabrielle and Andrew Milonis,<br><br>Plaintiffs,<br><br>vs.<br><br>LAMPSON INTERNATIONAL, LLC; EARTH WORK SOLUTIONS (WY); and THUNDER BASIN COAL COMPANY, LLC,<br><br>Defendants. | Case No. 11-CV-199-J |

## STIPULATION FOR DISMISSAL OF LAMPSON INTERNATIONAL, LLC, WITH PREJUDICE

COMES NOW Defendant Lampson International, LLC, and Plaintiffs to the above-entitled action, by and through their respective attorneys of record, and stipulate that all claims asserted in the above-entitled action have been settled and/or compromised, and the above-entitled action should be dismissed as to Lampson International, LLC, only, with prejudice pursuant to F.R.C.P. Rule 41(a) with each party to bear their own costs and attorneys' fees.

Dated this _____ day of April, 2012

/s/ Corinne E. Rutledge
Corinne E. Rutledge #5-2480
J. Kent Rutledge #5-1392
LATHROP & RUTLEDGE, P.C.
1920 Thomes Ave., Suite 500
Cheyenne, WY 82001
Attorneys for Lampson International, LLC

/s/ Robert A. Krause
Robert A. Krause
The Spence Law Firm, LLC
15 S. Jackson St.
P.O. Box 548
Jackson, WY 83001
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Stipulation for Dismissal of Lampson International, LLC, with Prejudice was filed electronically through the CM/ECF system which caused the following counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing this _____ day of April, 2012:

| | |
|---|---|
| Timothy W. Miller | Weston W. Reeves |
| Miller Law Office | Park Street Law Office |
| 119 S. Washington St. | 242 S. Park St. |
| P.O. Box 2229 | Casper, WY  82601 |
| Casper, WY  82602-2229 | |

Kenneth H. Lyman
Lance E. Shurtleff
Hall & Evans, LLC
1125 17th St., Suite 600
Denver, CO  80202-2037.

/s/ Corinne E. Rutledge