IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TAMRA PALMER, as conservator of ANDREW J. MILONIS; GABRIELLE E. MILONIS; and GABRIELLE E. MILONIS as the parent of T.M., A.M. and P.M., the minor children of Gabrielle and Andrew Milonis,<br><br>        Plaintiffs,<br><br>vs.<br><br>LAMPSON INTERNATIONAL, LLC; EARTH WORK SOLUTIONS (WY); and THUNDER BASIN COAL COMPANY, LLC,<br><br>        Defendants. | Case No. 11-CV-199-J |

## ORDER DISMISSING LAMPSON INTERNATIONAL, LLC, WITH PREJUDICE

THE ABOVE CAPTIONED MATTER came before the Court upon the Plaintiffs' and Lampson International, LLC's stipulation pursuant to Rule 41 (a), Fed. R. Civ. Pro. The Court, being fully advised in the premises, hereby orders as follows:

IT IS HEREBY ORDERED THAT Defendant Lampson International, LLC, is hereby dismissed with prejudice;

IT IS FURTHER ORDERED THAT each party shall bear its own costs.

DATED this _____ day of April, 2012.

 

_____
Alan B. Johnson
United States District Judge

Approved as to Form:

_____
Corinne E. Rutledge
Lathrop & Rutledge, P.C.
*Attorneys for Lampson International, LLC*

_____
Philip C. Aman
Frantz Law Group
*Attorneys for Plaintiff*

_____
Robert A. Krause
The Spence Law Firm
*Attorneys for Plaintiff*

_____
Timothy W. Miller
Miller Law Office
*Attorneys for Earth Work Solutions*

_____
Lance E. Shurtleff
Hall & Evans
*Attorneys for Thunder Basin Coal Co., LLC*

Approved as to Form:

_____
Corinne E. Rutledge
Lathrop & Rutledge, P.C.
*Attorneys for Lampson International, LLC*

_____
Philip C. Aman
Frantz Law Group
*Attorneys for Plaintiff*

_____
Timothy W. Miller
Miller Law Office
*Attorneys for Earth Work Solutions*

_____
Robert A. Krause
The Spence Law Firm
*Attorneys for Plaintiff*

_____
Lance E. Shurtleff
Hall & Evans
*Attorneys for Thunder Basin Coal Co., LLC*

Approved as to Form:

_____  
Corinne E. Rutledge  
Lathrop & Rutledge, P.C.  
*Attorneys for Lampson International, LLC*

_____  
Philip C. Aman  
Frantz Law Group  
*Attorneys for Plaintiff*

_____  
Timothy W. Miller  
Miller Law Office  
*Attorneys for Earth Work Solutions*

_____  
Robert A. Krause  
The Spence Law Firm  
*Attorneys for Plaintiff*

_____  
Lance E. Shurtleff  
Hall & Evans  
*Attorneys for Thunder Basin Coal Co., LLC*